For the reasons stated, the judgment of the trial court is reversed and the cause remanded.

### GALBERT v. STATE.

No. 21701.

Court of Criminal Appeals of Texas.

Oct. 29, 1941.

John Davenport, of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for operating an open saloon; punishment assessed at a fine of $250.

The record is before this court without bills of exception or statement of facts, in which condition nothing is presented for review.

The judgment is affirmed.